No. D–290.   IN RE DISBARMENT OF SPIRO.   It is ordered that Demetri M. Spiro, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–291.   IN RE DISBARMENT OF SUNDOCK.   It is ordered that Michael A. Sundock, of Opelika, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–292.   IN RE DISBARMENT OF FENDLER.   It is ordered that Robert Harold Fendler, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–1640.   UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. v. SHOLLY ET AL.; and

No. 80–1656.   METROPOLITAN EDISON CO. ET AL. v. PEOPLE AGAINST NUCLEAR ENERGY ET AL.   C. A. D. C. Cir. [Certiorari granted, 451 U. S. 1016.]   Motion of respondents for further deferral of oral argument granted.

No. 81–185.   SIMOPOULOS v. VIRGINIA.   Sup. Ct. Va. [Probable jurisdiction noted, 456 U. S. 988.]   Motions of National Organization for Women et al., Committee for Abortion Rights and Against Sterilization Abuse et al., and Certain Law Professors for leave to file briefs as amici curiae granted.

No. 81–334.   ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. v. CALIFORNIA STATE COUNCIL OF CARPENTERS ET AL.   C. A. 9th Cir.   [Certiorari granted, 454 U. S. 1141.]   Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a supplemental brief as amicus curiae granted.